**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. Atlanta

FEB 1 6 2016

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARK QUENTIN HENRY | Criminal Indictment<br><br>No. **1:16CR73** |

THE GRAND JURY CHARGES THAT:

### Count One

In or about November 2014, in the Northern District of Georgia, the defendant, MARK QUENTIN HENRY, having been convicted in November 1996 of the felony offense of making a false statement to a federally licensed firearms dealer in the United States District Court for the Eastern District of Virginia, that is, an offense punishable by imprisonment for a term exceeding one year, did knowingly receive and possess an AK-style magazine-fed 7.62 mm semi-automatic assault rifle with pistol grip, said possession being in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Provision

Upon conviction of the firearms offense alleged in Count One, the defendant, MARK QUENTIN HENRY, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense,

including, but not limited to, one AK-style magazine-fed 7.62 mm semi-automatic assault rifle with pistol grip, bearing serial number M92PV030559.

If as a result of any act or omission of the defendant, any property subject to forfeiture:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third person;

(c) Has been placed beyond the jurisdiction of the Court;

(d) Has been substantially diminished in value; or

(e) Has been comingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A __True__ BILL

_____
FOREPERSON

JOHN A. HORN
 *United States Attorney*

_____

SKYE DAVIS
 *Assistant United States Attorney*
Georgia Bar No. 564709
75 Ted Turner Drive, S.W.
Atlanta, GA 30303